Exhibit B

Ana Nabizadeh, Esq. (SBN: 318085)
NABI LAW GROUP
9171 Wilshire Blvd., Suite# 500
Beverly Hills, CA 90210
Phone #:   (310) 589-3734
Fax #:     (310) 388-5261
Email:     info@nabilaw.com

Attorneys for Plaintiff,
Maribel Ramirez

Electronically FILED by
Superior Court of California,
County of Los Angeles
9/15/2025 6:16 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By C. Nava, Deputy Clerk

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| MARIBEL RAMIREZ,<br>            Plaintiff,<br><br>vs.<br><br>SPACE EXPLORATION<br>TECHNOLOGIES CORP. DBA SPACEX<br>and DOES 1- 50<br>            Defendants. | Case No: 25TRCV03163<br><br>PLAINTIFF'S COMPLAINT FOR DAMAGES (NEGLIGENCE)<br><br>UNLIMITED CIVIL CASE<br>DEMAND IS MORE THAN $25,000.00 |

COMES NOW, the Plaintiff and for Cause of Action against Defendants, and each of them, complains and alleges as follows:

### FIRST CAUSE OF ACTION

1.   The true names and capacities, whether individual, corporate, associate, or otherwise of Defendants, DOES 1 through 50, inclusive, are at this time unknown to Plaintiff who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the Defendants designated herein by a fictitious name is in some way negligent or responsible for the events and happenings herein referred to which proximately resulted in those injuries and the Plaintiff as herein alleged.

2.   At all times herein mentioned, Defendants, DOES 20 to 30, inclusive, and each of them, were doctors, physicians, nurses, health care providers and the like who treated and cared for Plaintiff

1
PLAINTIFF MARIBEL RAMIREZ'S COMPLAINT FOR DAMAGES (NEGLIGENCE)

herein and who were responsible in some manner for the Plaintiff's injuries and damages as more fully set forth herein.

3. At all times herein mentioned, Defendants, DOES 31 through 40, inclusive, and each of them, were manufacturers, suppliers and distributors of some unknown product, which was responsible in part for Plaintiff's injuries and damages as more fully set forth herein.

4. At all times herein mentioned, Defendants, DOES 1 through 20, and each of them, were business entities, form unknown, duly qualified to do business and lawfully doing business in the County of Los Angeles, State of California.

5. Plaintiff is informed and believes, and upon such information and belief, alleges that at all times herein mentioned, Defendants, and each of them, were acting as the agents, servants, and/or employees of the other named Defendants, and were within the course and scope of their employment and with the full knowledge and consent of each of the other named Defendants. Each Defendant subsequently ratified and condoned the conduct of each remaining Defendant.

6. At all times herein mentioned, Defendants SPACE EXPLORATION TECHNOLOGIES, CORP. DBA SPACEX and DOES 1-50 INCLUSIVE is a business doing business in Hawthorne, California, and at all times relevant herein, owned, operated, maintained or exercised control over the premises and equipment, including a forklift, located at 1 Rocket Road, Hawthorne, California 90250 ("Subject Location").

7. On or about January 5, 2024, Plaintiff was lawfully present at the Subject Location, where Defendant and/or Defendant's employees were operating a forklift in the course and scope of their business.

8. On or about January 5, 2024, at the subject location, the Defendants, and each of them, so negligently entrusted, managed, maintained, drove, and operated said Defendants' forklift so as to cause Defendants' forklift to strike and crush the Plaintiff's person proximately causing those injuries and damages to the Plaintiff as hereinafter described.

9. That as a direct and proximate result of the acts and omissions of the Defendants, and each of them, Plaintiff has received severe injuries to Plaintiff's body and shock and injuries to Plaintiff's nervous system, all of which caused him severe pain and discomfort and Plaintiff is informed and believes and based upon such information and belief alleges that he will in the future suffer severe pain and discomfort, all to Plaintiff's general damage in a sum according to proof at the time of trial.

10. That as a direct and proximate result of the acts and omissions of the Defendants, and each of them, and the injuries resulting therefrom, Plaintiff has required and is informed and believes he will in the future require, the services of doctors, surgeons, physicians, nurses, hospitals, and the like-related professional services, including drugs, medicines, x-rays and medical expenses, and the exact and reasonable amount of said services and liabilities will conform to proof at the time of trial of this action.

11. That prior to that date of the injuries to Plaintiff was an able-bodied person capable of carrying on Plaintiff's usual occupation. That as a direct and proximate result of the acts and omissions of the Defendants, and each of them, and the injuries resulting therefrom, this Plaintiff has been unable to carry out Plaintiff's usual occupation and will thereby suffer damages by reason of loss of income; that the exact and reasonable amount of said loss of income is unknown to this Plaintiff, who will ask leave of court to prove the reasonable value of said loss at the time of trial of this action.

**WHEREFORE,** Plaintiff prays for judgement against the Defendants, and each of them as follows:

1. General damages in an amount which will conform to proof at the time of trial;

2. Special damages for medical, hospital, x-rays and other incidental expenses, according to proof at the trial;

3. Cost of suit incurred herein; and

4. For such other and further relief as the Court may deem just and proper.

Dated: September 15, 2025              NABI LAW GROUP

                                       By:     /s/ Ana Nabizadeh

                                       Ana Nabizadeh, Esq.
                                       Attorneys for Plaintiff,
                                       Maribel Ramirez