Exhibit F

Ana Nabizadeh, Esq. (SBN: 318085)
**NABI LAW GROUP**
9171 Wilshire Blvd., Suite: 500
Beverly Hills, CA 90210
Phone #: (310) 589-3734
Fax #: (310) 388-5261
Email: Info@nabilaw.com

Attorney for Plaintiff,
MARIBEL RAMIREZ

Electronically FILED by
Superior Court of California,
County of Los Angeles
9/15/2025 6:16 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By C. Nava, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| MARIBEL RAMIREZ,<br><br>Plaintiff.<br><br>vs.<br><br>SPACE EXPLORATION TECHNOLOGIES, CORP., DBA SPACEX and DOES 1- 50<br>Defendants. | Case No.: 25TRCV03163<br><br>**STATEMENT OF DAMAGES** |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to California Code of Civil Procedure, Section 425.11, and subject to change for good cause, Plaintiff, MARIBEL RAMIREZ, hereby makes the following claim for damages in the above-mentioned action:

1. General damages according to proof, however in excess of $25,000.00;

2. Special damages according to proof, however in excess of $25,000.00; and

3. Punitive damages in the amount of $250,000.00.

4. Cost of suit, legal fees and such other relief as the Court may deem appropriate.

STATEMENT OF DAMAGES - 1

| | |
|---|---|
| Dated: September 15, 2025 | NABI LAW GROUP<br>/s/ Ana Nabizadeh<br>By: _____<br>Ana Nabizadeh, Esq.<br>Attorneys for Plaintiff,<br>MARIBEL RAMIREZ |

STATEMENT OF DAMAGES - 2